THE TWELFTH WARD BANK OF THE CITY OF NEW YORK, Respondent, *v.* FREDERICK H. SCHAUFFLER, as Trustee of ANTONIO RASINES, a Bankrupt, Appellant, and PEDRO ANTONIO RASINES et al., as Executors of AMELIA F. RASINES, Deceased, Respondents.

*Twelfth Ward Bank* v. *Samuels,* 71 App. Div. 168, affirmed.
(Argued October 29, 1903; decided November 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 19, 1902, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Hubert E. Rogers* for appellant.

*Charles W. Dayton* and *Joseph E. Bullen* for plaintiff, respondent.

*Charles P. Rogers* for defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.